DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 



NO. 12-02-00306-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




§
 APPEAL FROM THE 



IN THE MATTER OF C.A.S.,
§
 COUNTY COURT AT LAW #3 OF

A JUVENILE


§
 SMITH COUNTY, TEXAS


 ____________________________________________________________________


PER CURIAM



 Appellant has filed a motion to withdraw his notice of appeal and dismiss this appeal. The
motion is signed by Appellant's counsel and represents that the trial judge has granted Appellant's
motion for new trial. Appellant's motion is granted, and this appeal is dismissed in accordance with
Texas Rule of Appellate Procedure 42.2.


Opinion delivered November 25, 2002.

Panel consisted of Gohmert, Jr., C.J., Worthen, J., and Griffith, J.





(DO NOT PUBLISH)